NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

CONVOLVE, INC. AND
MASSACHUSETTS INSTITUTE OF TECHNOLOGY,
*Plaintiffs-Appellants,*

v.

COMPAQ COMPUTER CORPORATION,
*Defendant-Appellee,*

AND

SEAGATE TECHNOLOGY, LLC AND SEAGATE
TECHNOLOGY, INC.,
*Defendants-Appellees.*

---

2012-1074

---

Appeal from the United States District Court for the Southern District of New York in case no. 00-CV-5141, Judge George B. Daniels.

---

**ON MOTION**

---

**ORDER**

Convolve, Inc. and Massachusetts Institute of Technology move without opposition for a 62-day extension of time, until March 19, 2012, to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 05 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Gregory A. Markel, Esq.
     Carter G. Phillips, Esq.
     Christopher D. Landgraff, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 5 2012

JAN HORBALY
CLERK